UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION<br>OF KENTUCKY; RAYMOND HARPER; and<br>ED MEREDITH,<br><br>    Plaintiffs,<br><br>          vs.<br><br>GRAYSON COUNTY, KENTUCKY; and<br>GARY LOGSDON, in his official capacity<br>as Grayson County Judge Executive<br><br>    Defendants. | Case No. 4:01-CV-202-M |

**ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Upon consideration of the Defendants' Motion for Summary Judgment, it is hereby Ordered and Adjudged that the Motion is granted and summary judgment is entered in favor of the Defendant in this case.

Done and ordered in chambers this _____ day of _____, 2007.

_____
United States District Judge